| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:20-CR-33-01 |
| | | 2:20-CR-69-01 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:22CR00089 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jeremy Fairbanks<br>Eastern District of Tennessee | DISTRICT OF VERMONT | |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Christina Reiss | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/22/2022    TO 7/21/2025 |

OFFENSE

Dkt. No. 2:20-CR-33-01 – Wire Fraud
Dkt. No. 2:20-CR-69-01 – Wire Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.* *PO sr petition for modification of supervised release conditions is also transferred. CR*

8/9/22
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/18/2022
*Effective Date*

*United States District Judge*

<mark>Case 2:22-cr-00089-DCLC-CRW   Document 1   Filed 08/19/22   Page 1 of 1   PageID #: 1</mark>